IN THE CIRCUIT COURT FOR TALLAPOOSA COUNTY, ALABAMA

PEARSON'S PHARMACY, INC., )
)
Plaintiff, )
) Civil Action No. 05-125
v. )
)
BLUE CROSS AND BLUE SHIELD )
OF ALABAMA, )
)
Defendant )

RECEIVED

2005 NOV -4 P 3: 15

DISTRICT COURT
MIDDLE DISTRICT ALA

3:05CV 1072-F

## NOTICE OF FILING NOTICE OF REMOVAL

TO:  Frank Lucas
Tallapoosa County Circuit Clerk
125 N. Broadnax Street
Dadeville, Alabama 36853

Kenneth E. Riley
Farris, Riley & Pitt, LLP
2025 Third Avenue North
The Historic Massey Building, Suite 200
Birmingham, Alabama 35203

Please take notice that on the 4th day of November, 2005, this action was removed by defendant Blue Cross Blue Shield of Alabama ("Blue Cross") by filing a Notice of Removal in the above-styled action. A true and correct copy of said written notice, without exhibits, is attached hereto.

James L. Priester
Edward A. "Ted" Hosp
Grace C. Robinson

Attorneys for Defendant Blue Cross
Blue Shield of Alabama

1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
Telephone: 205-254-1000
Facsimile: 205-254-1999

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to counsel listed below by U.S. mail on this ___ day of November, 2005:

    Kenneth E. Riley
    Farris, Riley & Pitt, LLP
    2025 Third Avenue North
    The Historic Massey Building, Suite 200
    Birmingham, Alabama  35203

_____
OF COUNSEL