IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 NOV -4 P 3: 15

D. HACKETT, C..
DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PEARSON'S PHARMACY, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: |
| | ) 3:05cv1072-F |
| v. | ) |
| | ) |
| BLUE CROSS AND BLUE SHIELD | ) |
| OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT BY BLUE CROSS AND BLUE SHIELD OF ALABAMA

COMES NOW Blue Cross and Blue Shield of Alabama, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby certifies that there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public. Blue Cross and Blue Shield of Alabama is a nonstock corporation organized not for profit for the purpose of establishing, maintaining, and operating health care service plans for subscribers. Ala. Code § 10-2-100 (1975).

Grace C. Robinson
One of the Attorneys for Blue Cross and Blue Shield of Alabama

OF COUNSEL:

James L. Priester
Edward A. "Ted" Hosp
Grace C. Robinson
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

OF COUNSEL:

Jere F. White, Jr.
Terrence W. McCarthy
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700
Fax: (205) 581-0799

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the following individuals by U. S. mail on November 4th, 2005:

    Kenneth E. Riley
    Farris, Riley & Pitt, LLP
    2025 Third Avenue North
    The Historic Massey Building, Suite 200
    Birmingham, Alabama  35203

_Grace C. Robinson_
OF COUNSEL