IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05cv1072-F |
| ) | |
| BLUE CROSS & BLUE SHIELD OF ) | |
| ALABAMA ) | |
| ) | |
| Defendant ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Delores Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 10th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE