IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PEARSON'S PHARMACY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-1072-F |
| | ) | |
| BLUE CROSS & BLUE SHIELD OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to Plaintiff's *Motion to Remand and Incorporated Memorandum of Law* (Doc. 7, filed December 2, 2005), it is

**ORDERED** that Defendant show any cause on or before December 22, 2005, why this motion should not be granted.

Done this 6th day of December, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE