# Exhibit 2

## Non-Wrongful Death Verdict List

- *City of Huntsville v. Proliance Energy, et al. LLC,* February 10, 2005, In the United States District Court for the Northern District of Alabama, CV-02-1296. Huntsville Utilities alleged fraud, conspiracy and breach of contract against a natural gas supplier. Total verdict **$33.5 million.**

- *Whittaker v. Southwestern Life Insurance Company; James Perry,* February 6, 2004, Circuit Court of Macon County, CV-02-41. Plaintiff alleged fraud and conversion against her life insurance company and the company's agent. Total verdict **$1.6 Billion.**

- *State of Alabama v. Exxon Mobil,* November 14, 2003, Circuit Court of Montgomery County, CV-99-2368. The State of Alabama alleged fraud and breach of contract against Exxon Mobil related to payment of royalties on natural gas from the Mobile Bay field. After a jury returned a punitive damage award in favor of the state for **$11.8 billion**, the verdict was remitted to **$3.6 Billion.**

- *Ingram v. Liberty National Life Ins. Co.,* September 2002, Circuit Court of Chambers County, CV-96-62. Insured brought action against life insurer, alleging fraud, suppression, deceit, wantonness, civil conspiracy, bad faith, and conversion in regards to the purchase of an insurance policy. After a jury returned a verdict in favor of insured for **$3,200,000**, the Chambers Circuit Court remitted the damage award to **$240,000**.

- *Waddell & Reed, Inc. v. United Investors Life, Inc.,* September, 2002, Circuit Court of Jefferson County, CV-00-2720. Life insurer for variable-annuity policies brought action against broker and related entities to recover for tortious interference with business relations, fraud, conversion, and breach-of-contract in connection with replacement of the insurer and payment of commissions. Total verdict **$50,000,000.**

- *Sockwell v. National Insurance Assoc.,* Circuit Court of Colbert County, CV-99-00. Insured brought action against her automobile insurer to recover for bad faith in investigating and delaying payment of claim for underinsured motorists (UIM) benefits. Total verdict **$810,000.**

- *Green, et al. v. ALFA Life Insurance Corporation,* Dec. 14, 2001, Circuit Court of Bullock County, CV-99-183. Plaintiffs alleged that insurance company misrepresented the terms of a life insurance policy. Total verdict **$3,300,000.00**.

- *Wooten v. Horace Mann Insurance Co. et al.,* June 25, 1999, Circuit Court of Perry County, CV-97-117. Plaintiff alleged that insurance company misrepresented the terms of a life insurance policy. Total verdict **$12,355,000.00.**

- *Thomas v. Fireman's Fund American Life Ins. Co., et al.,* May 10, 1999, Circuit Court of Jefferson County, CV-95-7797. Plaintiff alleged misrepresentations regarding the replacement of existing policies and the accumulation of value in the insurance/retirement product that he purchased. Total verdict **$3,220,000.00.**

1

- *Parker v. Life Insurance Company of Georgia, et al.*, November 20, 1998, Circuit Court of Macon County, CV-94-127. Plaintiff alleged intentional misrepresentation and fraudulent suppression of material facts in the sale of life insurance policy. Total verdict **$ 204,000.00**.

- *Taylor v. Safeway Insurance Co.*, July, 1998, Circuit Court of Jefferson County, Alabama, CV-97-3120. Plaintiff alleged bad faith and that insurance company had failed to provide adequate information as to the status of the insurance policy. Total Verdict **$ 342,500.00.**

- *Hare v. Mutual Savings Life Insurance Company*, November, 1997, Circuit Court of Walker County, CV-94-529. Plaintiff alleged fraud in the sale of an insurance policy. Total verdict **$3,500,000.00**.

- *Crocker v. Union Security Life Insurance Company*, August 15, 1997, Circuit Court of Choctaw County, CV-92-064. Plaintiff alleged fraud against credit life insurance company in the sale of life insurance policy. Total verdict **$5,000,000.00**. Remitted to **$2,000,000.00** and affirmed.

- *Nilsen v. Nationwide Insurance Company*, July, 1997, Circuit Court of Calhoun County, Alabama, CV-95-176. Plaintiff alleged bad faith in insurance company's failure to honor the insurance contract. Total Verdict: **$481,112.00.**

- *Slade v. State Farm Fire & Casualty Company*, February, 1997, Circuit Court of Montgomery County, CV95-458. Plaintiff alleged insurance fraud and bad faith in denial of payment. Total verdict **$970,350.00**.

- *Dixon v. The Mutual Life Insurance Co. of New York*, November 1996, Circuit Court of Barbour County, Alabama, CV-95-0141. In consolidated vanishing premium case, plaintiffs alleged fraud and misrepresentation. Settlement Amount **$12,500,000.00.**

- *Allums v. Foremost Insurance Company*, August, 1996, Circuit Court of Bullock County, CV-95-43-WHR. Plaintiff alleged agent and insurer sold unnecessary insurance to justify higher rates. Total verdict **$7,000,000.00**.

- *McQuiston v. Liberty National Life Ins. Co.*, June, 1996, Circuit Court of Chambers County, CV-94-234 Plaintiff alleged that agent changed applicant's prior medical history on application for life insurance and forged applicants name on altered applications. Total verdict **$17,530,000.00**.

- *Barnes v. American General Life Assurance Co.*, April, 1996, Circuit Court of Mobile County, CV-94-3571-RLB. Agent allegedly collected insurance premiums but allowed disabled insured's life insurance policy to lapse and forged documents to replace the policy. Total verdict amount **$35,000,000.00.**

2

- *Strickland v. Liberty National*, April, 1996, Circuit Court of Mobile County, CV-1399-EBM. Agent allegedly induced insured to switch life insurance policies to collect new sales commission. Total verdict **$5,000,000.00**.

- *Corner, et al v. Foremost Insurance Co., et al.*, February, 1996, Circuit Court of Lowndes County, CV-94-127-HEM. Agent and insurer allegedly sold plaintiffs unnecessary insurance to justify higher rates. Total verdict **$3,276,000.00**.

- *Green, et al v. Life of Georgia*, February, 1996, Circuit Court of Baldwin County, CV-94-476-PB. Agent allegedly sold life insurance policies to five plaintiffs representing that it was a retirement fund. Total verdict **$1,000,000.00**.

- *Parker v. Life Insurance of Georgia et al.*, February, 1996, Circuit Court of Macon County, CV-94-127-JH. Agent allegedly did not explain "graded death benefit" of life insurance policy. Total verdict **$200,000.00**.

- *Key v. Prudential Insurance Co., et al.*, August, 1995, Circuit Court of Marshall County, CV 93-479, Plaintiff sued his insurance company for fraud based on representation that no additional premiums would be due. Total verdict **$25,000,000.00**.

- *Allen v. Liberty National Life Insurance Company*, August, 1995, Circuit Court of Jefferson County, CV 94-3634, Plaintiff sued his insurance company for bad faith. Jury returned a verdict against the insurance company for **$5,400,000.00** in punitive damages reduced to **$2,700,000.00** by that court.

- *American Pioneer Life Insurance Company v. Williamson*, 1995 WL 372051 (Ala.). The Supreme Court of Alabama affirmed a jury verdict in favor of an insurance agent against his former employer. The Court affirmed a compensatory damage award of $250,000. The court remitted a punitive damage award of **$3,000,000.00** to **$2,000,000.00**.