# Exhibit 3



# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

---

**INITIATE NEW BROWSE**

| | | |
|---|---|---|
| Corporation | | F/C 930-634 |
| Legal Name: | CVS Corporation | |
| State Of Inc: | Delaware | |
| Qualified...: | 07-08-2005 | |
| Date Of Inc.: | 08-22-1996 | |
| Reg Agent...: | THE CORPORATION COMPANY<br>2000 INTERSTATE PARK DR   STE 204<br>MONTGOMERY, AL   36109 | |
| Prin Address: | ONE CVS DR<br>WOONSOCKET, RI   02895 | |
| Nat Of Bus..: | * Not On Data Base | |

← PREVIOUS PAGE



---

© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

---

**INITIATE NEW BROWSE**

Corporation                                                F/C 860-943
  Legal Name:   Wal-Mart Stores, Inc.

State Of Inc:   Delaware

Qualified...:   07-16-1979

Date Of Inc.:   * Not On Data Base

Reg Agent...:   THE CORPORATION COMPANY
                2000 INTERSTATE PARK DR  STE 204
                MONTGOMERY, AL   36109

Prin Address:   702 SW 8TH STREET
                BENTONVILLE, AR

Nat Of Bus..:   --

**TRANSACTION LIST**        

                        ← **PREVIOUS PAGE**



---

© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                                    F/C 916-662
  Legal Name:   Wal-Mart Stores East, Inc.

State Of Inc:   Arkansas

Qualified...:   03-29-2000

Date Of Inc.:   01-29-1999

Reg Agent...:   THE CORPORATION COMPANY
                2000 INTERSTATE PARK DR  STE 204
                MONTGOMERY, AL  36109

Prin Address:   702 SW 8TH ST
                BENTONVILLE, AR  72716

Nat Of Bus..:   ---
```

**TRANSACTION LIST**

**← PREVIOUS PAGE**



© 2005, Office of the Secretary of State, State of Alabama

# CORPORATE DETAILS
## Office of the Secretary of State
## State of Alabama

---

**INITIATE NEW BROWSE**

```
Partnership                                                    FLP 817-011
  Legal Name:   Wal-Mart Stores East, LP

  State Of Reg: Delaware

  Reg Date....: 11-16-2001

  Formed Date.: 11-09-2001

  Reg Agent...: THE CORPORATION COMPANY
                2000 INTERSTATE PARK DR  STE 204
                MONTGOMERY, AL  36109

  Prin Address: 702 SW 8TH ST
                BENTONVILLE, AR  72716-0555

  Nat Of Bus..: * Not On Data Base

  Partners....: WAL-MART STORES EAST INC
```

**TRANSACTION LIST**



← **PREVIOUS PAGE**

---

© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
## Office of the Secretary of State
## State of Alabama

---

**INITIATE NEW BROWSE**

```
Corporation                                              F/C 907-472
  Legal Name:   Wal-Mart Associates, Inc.

  State Of Inc: Delaware

  Qualified...: 10-15-1996

  Date Of Inc.: 08-30-1996

  Reg Agent...: THE CORPORATION COMPANY
                2000 INTERSTATE PARK DR  STE 204
                MONTGOMERY, AL  36109

  Prin Address: 702 SW 8TH ST
                BENTONVILLE, AR  72716

  Nat Of Bus..: ---
```

**TRANSACTION LIST**         
                    **← PREVIOUS PAGE**



---

© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                                    F/C 857-712
  Legal Name:   Winn-Dixie Montgomery, Inc.

  State Of Inc: Florida

  Qualified...: 06-07-1968

  Date Of Inc.: * Not On Data Base

  Reg Agent...: CSC LAWYERS INCORPORATING SVC INC
                150 S PERRY ST
                MONTGOMERY, AL  36104

  Prin Address: 5050 EDGEWOOD COURT
                JACKSONVILLE, FL

  Nat Of Bus..: FOOD
```



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

INITIATE NEW BROWSE

```
Corporation                                                F/C 917-317
  Legal Name:   Winn-Dixie Logistics, Inc.

  State Of Inc: Florida

  Qualified...: 06-23-2000

  Date Of Inc.: 06-15-2000

  Reg Agent...: CSC LAWYERS INCORPORATING SVC INC
                150 SOUTH PERRY ST
                MONTGOMERY, AL  36104

  Prin Address: 5050 EDGEWOOD COURT
                JACKSONVILLE, FL  32254

  Nat Of Bus..: ---
```

 ANNUAL REPORTS

← PREVIOUS PAGE



© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
## Office of the Secretary of State
## State of Alabama

**INITIATE NEW BROWSE**

Corporation                                                         F/C 917-318
  Legal Name:   Winn-Dixie Procurement, Inc.

State Of Inc:   Florida

Qualified...:   06-23-2000

Date Of Inc.:   06-15-2000

Reg Agent...:   CSC LAWYERS INCORPORATING SVC INC
              150 SOUTH PERRY ST
              MONTGOMERY, AL   36104

Prin Address:   5050 EDGEWOOD COURT
              JACKSONVILLE, FL   32254

Nat Of Bus..:   ---

 2004   **ANNUAL REPORTS**

 **← PREVIOUS PAGE**

© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

---

**INITIATE NEW BROWSE**

| | | |
|---|---|---|
| Corporation | | F/C 926-578 |
| Legal Name: | Walgreens Health Initiatives, Inc. | |
| State Of Inc: | Illinois | |
| Qualified...: | 02-09-2004 | |
| Date Of Inc.: | 10-03-1995 | |
| Reg Agent...: | CSC LAWYERS INCORPORATING SRV INC<br>150 S PERRY ST<br>MONTGOMERY, AL  36104 | |
| Prin Address: | 200 WILMOT RD<br>DEERFIELD, IL  60015 | |
| Nat Of Bus..: | * Not On Data Base | |

**TRANSACTION LIST**     2005 **ANNUAL REPORTS**

 ← **PREVIOUS PAGE**

---

© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

---

INITIATE NEW BROWSE

```
Corporation                                                    F/C 919-605
  Legal Name:   Kmart of Michigan, Inc.

Corporation
  Fict Name.:   KMI, Inc.

State Of Inc:   Michigan

Qualified...:   05-24-2001

Date Of Inc.:   08-11-2000

Reg Agent...:   THE CORPORATION COMPANY
                2000 INTERSTATE PK DR STE 204
                MONTGOMERY, AL  36109

Prin Address:   3250 W BIG BEAVER RD STE 329
                TROY, MI  48084

Nat Of Bus..:   * Not On Data Base
```

 ANNUAL REPORTS

 PREVIOUS PAGE



---

© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

---

**INITIATE NEW BROWSE**

```
Corporation                                                    F/C 898-982
  Legal Name:   Fred's Stores of Tennessee, Inc.

 State Of Inc:  Tennessee

 Qualified...:  11-30-1992

 Date Of Inc.: 04-02-1973

 Reg Agent...:  CSC-LAWYERS INCORPORATING SRVC INC
                150 S PERRY ST
                MONTGOMERY, AL  36104

 Prin Address:  4300 NEW GETWELL ROAD
                MEMPHIS, TN  38118

 Nat Of Bus..:  REAL ESTATE AND RETAIL SALES
```

**TRANSACTION LIST**       2005  **ANNUAL REPORTS**
                        ← **PREVIOUS PAGE**



---

© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                                    D/C 116-976
  Legal Name:    Fred's Stores of Alabama, Inc.

  Place Of Inc:  Montgomery County

  Date Of Inc.:  04-15-1987  Merged.: 02-08-1993

  Merged Into.:  Fred's Stores of Tennessee, Inc.

  Reg Agent...:  CAMPBELL, W CLARK JR
                 260 WASHINGTON AVE
                 MONTGOMERY, AL  36197

  Prin Address:  MONTGOMERY, AL

  Capital Amt.:  $10,000 Authorized  --- Paid In

  Nat Of Bus..:  RETAIL GOODS

  Names Of Inc:  BADDOUR INC
```

**TRANSACTION LIST**     **ANNUAL REPORTS**
          ← **PREVIOUS PAGE**



© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

---

**INITIATE NEW BROWSE**

Corporation                                                                 F/C 900-032
  Legal Name:   Publix Super Markets, Inc.

State Of Inc:   Florida

Qualified...:   06-21-1993

Date Of Inc.:   12-27-1921

Reg Agent...:   PRENTICE HALL CORPORATION SYSTEM
               150 S PERRY ST
               MONTGOMERY, AL   36104

Prin Address:   1936  GEORGE JENKINS BLVD
               LAKELAND, FL   33801

Nat Of Bus..:   OPERATOR OF SUPERMARKETS

 2005   **ANNUAL REPORTS**

  **← PREVIOUS PAGE**



---

© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
## Office of the Secretary of State
## State of Alabama

**INITIATE NEW BROWSE**

| | | |
|---|---|---|
| Corporation | | F/C 908-000 |
| Legal Name: | Target Corporation | |
| Corporation | | |
| Fict Name.: | Target Stores, Inc. | |
| State Of Inc: | Minnesota | |
| Qualified...: | 03-17-1997 | |
| Date Of Inc.: | 02-19-1902 | |
| Reg Agent...: | THE CORPORATION COMPANY<br>2000 INTERSTATE PARK DRIVE STE 204<br>MONTGOMERY, AL  36109 | |
| Prin Address: | 777 NICOLLET MALL<br>MINNEAPOLIS, MN  55402 | |
| Nat Of Bus..: | --- | |

**TRANSACTION LIST**     2005 **ANNUAL REPORTS**

 **PREVIOUS PAGE**

© 2005, Office of the Secretary of State, State of Alabama

# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                                F/C 854-037
  Legal Name:   The Kroger Co.

State Of Inc:   Ohio

Qualified...:   02-12-1947

Date Of Inc.:   * Not On Data Base

Reg Agent...:   CSC-LAWYERS INCORPORATING SERVICE
                150 S PERRY ST
                MONTGOMERY, AL  36104

Prin Address:   35 EAST 7TH STREET
                CINCINNATI, OH

Nat Of Bus..:   GENERAL MERCHANDISE BUSINESS
```

**TRANSACTION LIST**      

**← PREVIOUS PAGE**

© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

Corporation                                              F/C 916-663
  Legal Name:   Sam's East, Inc.

State Of Inc:   Arkansas

Qualified...:   03-29-2000

Date Of Inc.:  01-29-1999

Reg Agent...:   THE CORPORATION COMPANY
                2000 INTERSTATE PARK DR  STE 204
                MONTGOMERY, AL  36109

Prin Address:   702 SW 8TH STREET
                BENTONVILLE, AR  72716

Nat Of Bus..:   ---

**TRANSACTION LIST**

← **PREVIOUS PAGE**



© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
## Office of the Secretary of State
## State of Alabama

---

**INITIATE NEW BROWSE**

Corporation                                                    F/C 916-545
  Legal Name:   Costco Wholesale Corporation

State Of Inc:   Washington

Qualified...:   03-14-2000

Date Of Inc.:   05-12-1987

Reg Agent...:   THE CORPORATION COMPANY
               2000 INTERSTATE PARK DR STE 204
               MONTGOMERY, AL   36109

Prin Address:   999 LAKE DRIVE
               ISSAQUAH, WA   98027

Nat Of Bus..:   ---

 **2004 ANNUAL REPORTS**

**← PREVIOUS PAGE**



---

© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                                    F/C 919-543
   Legal Name:   Costco Wholesale Membership, Inc.

  State Of Inc:  California

  Qualified...:  05-16-2001

  Date Of Inc.: 03-23-2000

  Reg Agent...: THE CORPORATION COMPANY
                2000 INTERSTATE PK DR STE 204
                MONTGOMERY, AL   36109

  Prin Address: 999 LAKE DR
                ISSAQUAH, WA   98027

  Nat Of Bus..: * Not On Data Base
```

 **ANNUAL REPORTS**

← **PREVIOUS PAGE**



© 2005, Office of the Secretary of State, State of Alabama



# CORPORATE DETAILS
## Office of the Secretary of State
## State of Alabama

---

**INITIATE NEW BROWSE**

```
Corporation                                              F/C 897-174
  Legal Name:   Critical Care Systems, Inc.

Corporation
  Fict Name.:   Birmingham Care Systems, Inc.

State Of Inc:   Delaware

Qualified...:   11-04-1991

Date Of Inc.:   03-11-1991

Reg Agent...:   CSC LAWYERS INCORPORATING SVC INC
                150 SOUTH PERRY ST
                MONTGOMERY, AL  36109

Prin Address:   1209 ORANGE STREET
                WILMINGTON, DE  19801

Nat Of Bus..:   HOME HEALTH CARE
```

**TRANSACTION LIST**     
                        

---

© 2005, Office of the Secretary of State, State of Alabama