# Exhibit 6

# PREFERRED CARE SERVICES, Inc.

## Participating Pharmacy Manual - Independent

## March 2005

Preferred Care Services, Inc. is Administered by Blue Cross and Blue Shield of Alabama, an Independent Licensee of the Blue Cross and Blue Shield Association.

# TABLE OF CONTENTS

Dedicated Pharmacy Customer Service Telephone Number ................................................................2
Pharmacy Address ...............................................................................................................................2
Pharmacy Benefit Management Web Site ............................................................................................2
Identification Cards and Types of Coverage........................................................................................3
Drug Information ..................................................................................................................................4
Dispensing Quantities .........................................................................................................................6
Dispense As Written Codes and Sanctions (Product Selection Codes) ..............................................7
Participating Pharmacy Network Reimbursement ...............................................................................8
Select Pharmacy Network Reimbursement..........................................................................................8
Preferred Brand Drug List (Formulary)/Maintenance Drug List ........................................................9
UPIN and DEA Numbers.....................................................................................................................9
BlueRx .................................................................................................................................................9
BlueRx Prescription Discount Card Network (Medicare-Approved Prescription Discount Card)
Reimbursement Schedule for Participating Pharmacies ....................................................................10
Specialty Retail Medications .............................................................................................................11
Specialty Retail Pharmacy Pricing ....................................................................................................11
Metric Quantity Conversions .............................................................................................................13
Worker's Compensation .....................................................................................................................14
Advertising..........................................................................................................................................14
Rejection Codes ..................................................................................................................................15
National Council for Prescription Drug Programs Data Element Dictionary - Reject Codes Version 5.1 ......16
Frequently Asked Questions ..............................................................................................................24
Blue Cross and Blue Shield of Alabama/Preferred Care Services, Inc. Payer Specification Sheet................27

## Important Information

The following disclaimer is applicable to all telephone inquiries and automated communications systems (i.e., InfoSolutions[®], telephone, fax) to Blue Cross and Blue Shield of Alabama:

The information provided is only general benefit information and is not a guarantee of payment. Benefits are always subject to the terms and limitations of the plan and no employee of Blue Cross and Blue Shield of Alabama has authority to enlarge or expand the terms of the plan. The availability of benefits is always conditioned upon the patient's coverage and the existence of a contract for plan benefits as of the date of service. A loss of coverage, as well as contract termination, can occur automatically under certain circumstances. There will be no benefits available if such circumstances occur.

The purpose of Blue Cross and Blue Shield of Alabama's pharmacy policy is to provide a guide to coverage. Pharmacy policy is not intended to dictate to physicians how to practice medicine. Physicians should exercise their medical judgment in providing the care they feel is most appropriate for their patients.

## Dedicated Pharmacy Customer Service Telephone Number

Our Dedicated Pharmacy Customer Service Representatives are available from 8:00 a.m. to 6:00 p.m. (Central Standard Time), Monday through Friday, at 1 800 216-9920. A voice response unit is available at all times. If the claim adjudication system rejects an otherwise valid prescription, our representatives can review the rejection and give authorization to override when necessary.

## Pharmacy Address

Blue Cross and Blue Shield of Alabama
Pharmacy Benefit Management
450 Riverchase Parkway East
Birmingham, Alabama  35298

## Pharmacy Benefit Management Web Site

Providers are encouraged to visit our web site where they can view and print our current prescription drug information. The following information is available at **www.bcbsal.com:**

- Preferred Brand Drug List
- Maintenance Drug List
- Pharmacy Prior Authorization Forms
- Drug Coverage Guidelines
- Pharmacy Policies
- Drug information on your PDA with the use of e-Pocrates Rx[®]

# Identification Cards and Types of Coverage

Blue Cross and Blue Shield of Alabama and Preferred Care Services, Inc. identification cards contain information needed for processing prescriptions. Be sure to list the patient's contract number exactly as it appears on the card, **including alphabetic prefixes.**

 

 

Blue Cross and Blue Shield of Alabama and Preferred Care Services, Inc. administers two types of prescription drug coverage that require online filing:

## Prepaid Copayment Plan

Pharmacist files online
Computer returns copayment to collect from customer
Customer pays copayment
Pharmacist is reimbursed weekly

## Major Medical Point-of-Sale

Pharmacist files online
Computer returns amount to collect
Customer pays the allowable charge
Customer files a claim to Blue Cross and
Blue Shield of Alabama for reimbursement

Claims may be filed automatically for some groups with reimbursement to the subscriber.

# Drug Information

## National Drug Code
Always use an 11-digit national drug code (NDC). If you are uncertain what NDC to use, reference the "Red Book."

## Covered Drugs
Most legend drugs (those which bear the legend "Caution - Federal Law Prohibits Dispensing Without a Prescription") and select over-the-counter drugs are covered. Exceptions are noted below:

- **Compound Drugs**
  The Pharmacy and Therapeutics Committee has reviewed the utilization of compounded products. Unapproved new drug products manufactured and distributed in commercial amounts without the Food and Drug Administration's approval present potential dangers to the public health. A policy was created to address the appropriate use of compounding drugs and the concerns regarding the safety and efficacy of these drugs.

  Compound drugs must contain at least one legend drug and the finished compound must not be available as a legend or over-the-counter product nor equivalent dosage form/route of administration available. A legend drug is a medical substance whose label is required by the Federal Food, Drug, and Cosmetic Act to bear the legend "Caution: Federal law prohibits dispensing without a prescription" or have the symbol Rx on the packaging. (Compounded products must be medically necessary and may require peer-reviewed medical literature and are subject to review.) Pharmacy Review will review these compounds for medical necessity with supporting published medical literature and/or peer review studies. Documentation may be faxed to 205 220-0065. Blue Cross and Blue Shield of Alabama may not cover compounds not meeting the medical necessity criteria.

- **Oral Contraceptives**
  **Prepaid Copayment Plans**
  Oral contraceptives are covered by some groups for contraceptive reasons, however, not all. Some groups may allow oral contraceptives for specific medical conditions. Customer Service can give authorization if we have a letter of medical necessity on file.

  **Major Medical Point-of-Sale**
  Oral contraceptives are allowed at the point-of-sale for patients with Major Medical Point-of-Sale benefits. Prior authorization is not required. Medical necessity will be determined when a claim is filed.

- **Prior Authorization**
  **Prepaid Copayment Plans**
  Some drugs may require a prior authorization. For example, Humira™, Kineret®, Actiq®, Gleevec®, Enbrel®, Retin-A®, Avita®, Renova® and oral impotence drugs. For question concerning a drug that requires prior approval contact Customer Service.

  **Major Medical Point-of-Sale**
  Some of these medications are allowed at point of sale for patients with Major Medical Point-of-Sale benefits. Medical necessity will be determined when a claim is filed.

- **Insulin Needles and Syringes**
  **Prepaid Copayment Plan**
  Benefits will be provided for disposable syringes and needles for injection of insulin when purchased with insulin.

  Submit one line item for insulin and a second line item for syringes. Only one copayment should be charged when syringes and insulin are dispensed on the same day.

  **Major Medical Point-of-Sale**
  Insulin needles and syringes, lancets, blood glucose test strips and meters may be filed online when purchased with insulin.

- **Other Needles, Syringes, and Supplies**
  Needles and syringes, other than those used for the injection of insulin are not accepted online. Most supplies including alcohol preps and other diabetic supplies are not accepted online. The patient must file a Major Medical claim for reimbursement. Some groups may allow diabetic supplies online, such as chemistry strips.

- **Diabetic Supply Package**
  Some of our customers have a special benefit for a "Diabetic Supply Package." The package includes the standard insulin needles and syringes with no copayment when purchased with insulin on the same day. It also includes lancets with no copayment when purchased with blood glucose test strips on the same day. Groups also may have benefits for blood glucose meters under the pharmacy benefit. A copayment may or may not apply depending on the meter purchased. AccuChek® Advantage Care Kit, AccuChek® Complete Care Kit, AccuChek® Compact Care Kit, AccuChek® Active Care Kit and One Touch® Surestep System and One Touch® Ultra are the Preferred blood glucose meter.

  Because of these variations in benefit design and to ensure that our customers' benefits are processed correctly, when filing insulin and syringes, insulin must be filed first, followed by the syringes. When filing blood glucose test strips, the test strips must be filed first, followed by the lancets.

  Effective August 1, 2000, those customers who have a benefit that covers test strips will be eligible for one free AccuChek® Advantage Care Kit (NDC 50924-0860-01), AccuChek® Complete Care Kit (NDC 50924-0515-01), AccuChek® Compact Care Kit (NDC 50924-0019-01), AccuChek® Active Care Kit (NDC 50924-0477-01) or One Touch® Surestep System (NDC 53885-0341-01), One Touch® Ultra (NDC 53885-0247-01).

# Dispensing Quantities

## Days Supply

Drugs in excess of Federal Drug Administration (FDA) and manufacturer recommended dosage will require published medical literature that supports excessive dosing. For a complete list, see the Drug Policies listed on **www.bcbsal.com**.

### Prepaid Copayment Plan
Quantities are limited to a 30 or 34-day supply on all drugs except maintenance drugs.

Maintenance drugs may be dispensed in quantities that vary from group to group.

### Major Medical Point-of-Sale
Quantities are limited to a 90-day supply.

## Refills

Benefits are provided for refills up to one year from the date of the original prescription. After one year, the prescribing physician must write a new prescription.

### Prepaid Copayment Plan
In order to refill a prescription, 60 percent of the days supply must be used. Under extenuating circumstances, Customer Service can issue an override.

### Major Medical Point-of-Sale
In order to refill a prescription 50 percent of the days supply must be used.

## Exclusions

Following is a list of exclusions:
- Any charge for administration of prescription legend drugs and injectable insulin
- Any charge for devices or appliances [e.g., hypodermic needles and syringes (for any purpose other than injection of insulin), support garments and other non-medicinal substances, regardless of their intended use]
- Services to the extent they are payable under Title XVIII of the Social Security Amendments of 1965 (Public law 89-97, 89th Congress, First Session), as amended
- The charge for any prescription or refill in excess of the number specified by the physician or any refill dispensed after one year from the physician's order
- Drugs that are primarily used for cosmetic, investigational or non-covered treatments or any drugs excluded under the terms of the member's benefit agreement
- Replacement of lost, stolen drugs or spilled drugs

## Dispense As Written Codes and Sanctions (Product Selection Codes)

| DAW Code | Description |
| --- | --- |
| 0 | No product selection indicated or product selection is not an issue; for example, a prescription written for a single source brand name or generic product |
| 1 | Substitution is not allowed by the prescriber |
| 2 | Substitution is allowed, but the patient requested the product dispensed |
| 3 | Substitution is allowed, but the pharmacist selected product dispensed |
| 4 | Substitution is allowed, but a currently marketed generic drug is not in stock |
| 5 | Substitution is allowed, brand drug dispensed as a generic |
| 6 | Reserved for future use |
| 7 | Substitution not allowed – brand name mandated by law |
| 8 | Substitution is allowed, but a generic is not currently manufactured or distributed in the market place |
| 9 | Reserved by National Council of Prescription Drug Programs, Inc. (NCPDP) for future use |

Blue Cross and Blue Shield of Alabama and Preferred Care Services, Inc. utilizes the National Council of Prescription Drug Program, Inc. (NCPDP) Product Selection Codes to audit its Prepaid Prescription Drug and Major Medical Point-of-Sale Programs. Be sure to use the appropriate codes when filling a prescription.

Blue Cross will verify that the correct Product Selection codes were used in accordance with the physician's written prescription.

## Participating Pharmacy Network Reimbursement

You will be reimbursed your customary price or the price calculated by the applicable formula, whichever is lower. Always enter your **low cash price**.

Applicable formula for drugs dispensed to members of Blue Cross and Blue Shield of Alabama and Preferred Care Services Major Medical Point of Sale groups:

**Generic Price**
MAC x Metric Quantity + $2.50 Dispensing Fee

**Brand Price**
AWP x Metric Quantity - 12% + $2.00 Dispensing Fee

## Select Pharmacy Network Reimbursement

You will be reimbursed your customary price or the price calculated by the applicable formula, whichever is lower. Always enter your **low cash price**.

Applicable formula for drugs dispensed to members of Blue Cross and Blue Shield of Alabama and Preferred Care Services Drug Card groups:

**Generic Price**
MAC x Metric Quantity + $2.00 Dispensing Fee

**Brand Price**
AWP x Metric Quantity - 15% + $2.00 Dispensing Fee

Blue Cross and Blue Shield of Alabama and Preferred Care Services utilize drug pricing provided by Medi-Span. This company supplies weekly updates for our pricing file. These updates insure that the most current average wholesale prices are used in calculating reimbursement.

## Preferred Brand Drug List (Formulary)/Maintenance Drug List

Blue Cross and Blue Shield of Alabama and Preferred Care Services, Inc. utilize a Pharmacy and Therapeutics Committee, which meets quarterly to review scheduled specific therapeutic classes to guide the direction of the formulary and to recommend additions and deletions to the formulary.

Pharmacy Benefit Management publishes the Preferred Brand Drug List and the Maintenance Drug List on our Internet site at **www.bcbsal.com.** Please refer to these sites frequently for the most current information.

## UPIN and DEA Numbers

Unique Physician Identification (UPIN) or DEA numbers are required when submitting prescription claims. Blue Cross and Blue Shield of Alabama furnishes pharmacies with a UPIN Directory. If your pharmacy is in need of a new directory, please contact Pharmacy Customer Service at 1 800 216-9920. You may also utilize the following website for free UPIN information **http://www.cms.hhs.gov.**

## BlueRx

Blue Cross and Blue Shield of Alabama has been approved by the Centers for Medicare and Medicaid Services (CMS) to offer a Medicare Prescription drug discount card. This "no fee" discount drug card is called BlueRx and is available to all Alabama Medicare beneficiaries. Members who meet specific income requirements may be eligible for a transitional assistance credit of up to $600 a year from Medicare to help pay for prescriptions obtained when using the drug card. These members will be required to pay a certain percentage of the cost of their prescription drugs. This 5 percent or 10 percent coinsurance will be determined by the member's income level. Each electronic claim transaction filed by your pharmacy for BlueRx members will return messaging identifying the remaining balance of the member's credit. Certain prescription drugs are associated with additional manufacturer discounts. These additional discounts will be taken at the point of purchase and will then be reimbursed to your pharmacy on a weekly remittance. Medications may be filled up to a 90-day supply.

## BlueRx Prescription Discount Card Network (Medicare-Approved Prescription Discount Card) Reimbursement Schedule for Participating Pharmacies

You will be reimbursed your customary price or the price calculated by the applicable formula, whichever is lower. Always enter your **low cash price**.

Drug dispensed to members of the Blue Rx Prescription Discount Card Network will be priced using the following formulas:

### Generic Price
MAC + $2.50 Dispensing Fee

### Brand Price
AWP - 13 percent + $2.00 Dispensing Fee

Remember, you will be reimbursed the calculated price or your customary cash price, whichever is lower.

The BlueRx Prescription Discount Card program utilizes drug pricing provided by Medi-Span. This company supplies weekly updates for our pricing file. These updates insure that the most current average wholesale prices are used in calculating reimbursement.

Under the terms of the Medicare Prescription Discount Card Program, the Medicare beneficiary will primarily reimburse you.

Additional terms and conditions required by CMS are as follows:

1. The Network Pharmacy hereby agrees to participate in the Medicare Approved Drug Discount Card Program and adhere to all applicable statutes and regulations. The term of the BlueRx Prescription Discount Card Network Agreement shall be for the term June 1, 2004 through December 31, 2005.

2. Pharmacy agrees to comply with all applicable federal and state laws (including anti-kickback statutes and the privacy and security provisions stated in the regulations for this program at 42CFR §403.812.)

3. Pharmacy services shall be performed in a manner required to support the BlueRx Prescription Discount Card.

## Specialty Retail Medications

The Specialty Retail Pharmacy Network is an open network with the objective to allow all participating pharmacies the opportunity to participate in the Specialty Drug Program. We realize some retail pharmacies do not routinely stock specialty pharmacy medications and may not choose to fill these prescriptions at the calculated AWP. It is acceptable if a retail pharmacy chooses not to fill a specialty medication. If you choose not to fill a specialty prescription for a Blue Cross and Blue Shield of Alabama customer, please ask the customer to call the Customer Service telephone number located on the back of his/her identification card. A Customer Service Representative will assist in locating a pharmacy able to fill the specialty medication needed by the customer.

## Specialty Retail Pharmacy Pricing

| Brand Name | Therapeutic Class | GPI – 10 digit | % Discount |
|---|---|---|---|
| Actimmune | Immune Deficiency | 2170006070 | 16 |
| Advate | Hemophilia | 8510001025 | 30 |
| Alphanate/Factor 8 | Hemophilia | 8510001000 | 36 |
| Alphanine SD/VF – Factor 9 | Hemophilia | 8510002800 | 36 |
| Antagon | Infertility | 3009004010 | 19 |
| Aranesp | Anemia/Neutropenia | 8240101512 | 17 |
| Arixtra | DVT/Anti-Coagulation | 8310303010 | 17 |
| Autoplex-T | Hemophilia | 8510002000 | 36 |
| Avonex | Multiple Sclerosis | 2170006045 | 18 |
| Avonex | Multiple Sclerosis | 6240306045 | 18 |
| Bebulin VH – Factor 9 | Hemophilia | 8510003000 | 20 |
| Benefix – Factor 9 | Hemophilia | 8510002820 | 20 |
| Betaseron | Multiple Sclerosis | 2170006050 | 18 |
| Betaseron | Multiple Sclerosis | 6240306050 | 18 |
| Bravelle | Infertility | 3006209010 | 19 |
| Carimune | Immune Deficiency | 1910002010 | 16 |
| Cetrotide | Infertility | 3009002510 | 19 |
| Chorex – 10 | Infertility | 3006202000 | 19 |
| Chorionic Gonadotropin | Infertility | 3006202000 | 19 |
| Copaxone | Multiple Sclerosis | 6240003010 | 18 |
| Copegus | Hepatitis | 1235307000 | 18 |
| Enbrel | Rheumatoid Arthritis | 6629003000 | 17 |
| Epogen | Anemia/Neutropenia | 8240102000 | 17 |
| Feiba VH | Hemophilia | 8510002000 | 36 |
| Fertinex | Infertility | 3006209010 | 19 |
| Follistim | Infertility | 3006203010 | 19 |
| Forteo | Endocrinology | 3004407000 | 17 |
| Genotropin | Growth Hormone | 3010002000 | 18 |
| Gonal-F | Infertility | 3006203005 | 19 |
| Helixate (Factor 8) | Hemophilia | 8510001020 | 36 |
| Hemofil-M (Factor 8) | Hemophilia | 8510001000 | 36 |
| Hepsera | Hepatitis | 1235201510 | 17 |
| Humate (Factor 8) | Hemophilia | 8510001510 | 36 |
| Humatrope | Growth Hormone | 3010002000 | 18 |
| Humegon | Infertility | 3006205000 | 19 |
| Humira | Rheumatoid Arthritis | 6627001500 | 17 |

| | | | | |
|---|---|---|---|---|
| Infergen | Hepatitis | 1235304010 | | 18 |
| Intron | Hepatitis | 2170006020 | | 18 |
| Kineret | Rheumatoid Arthritis | 6626001000 | | 17 |
| Koate (Factor 8) | Hemophilia | 8510001000 | | 36 |
| Kogenate (Factor 8) | Hemophilia | 8510001020 | | 36 |
| Konyne | Hemophilia | 8510003000 | | 20 |
| Leuprolide Acetate | Oncology | 2140501010 | | 17 |
| Leuprolide Acetate | Oncology | 9664504850 | | 17 |
| Lupron | Oncology | 2140501010 | | 17 |
| Monac-M (Factor 9) | Hemophilia | 8510001000 | | 36 |
| Monoclate-P (Factor 8) | Hemophilia | 8510001000 | | 36 |
| Mononine (Factor 9) | Hemophilia | 8510002800 | | 36 |
| Neulasta | Anemia/Neutropenia | 8240157000 | | 18 |
| Neumega | Anemia/Neutropenia | 8240306000 | | 17 |
| Neupogen | Anemia/Neutropenia | 8240152000 | | 18 |
| Norditropin | Growth Hormone | 3010002000 | | 18 |
| Novarel | Infertility | 3006202000 | | 19 |
| Novoseven (Factor 7a) | Hemophilia | 8510002620 | | 30 |
| Nutropin | Growth Hormone | 3010002000 | | 18 |
| Nutropin AQ | Growth Hormone | 3010002000 | | 18 |
| Nutropin Depot | Growth Hormone | 3010002000 | | 18 |
| Ovidrel | Infertility | 3006202205 | | 19 |
| Pegasys | Hepatitis | 1235306005 | | 18 |
| Peg-Intron | Hepatitis | 1235306010 | | 18 |
| Pergonal | Infertility | 3006205000 | | 19 |
| Pregnyl | Infertility | 3006202000 | | 19 |
| Procrit | Anemia/Neutropenia | 8240102000 | | 17 |
| Profasi | Infertility | 3006202000 | | 19 |
| Profilnine (Factor 9) | Hemophilia | 8510003000 | | 36 |
| Proplex T (Factor 8) | Hemophilia | 8510003000 | | 25 |
| Protropin | Growth Hormone | 3010001000 | | 18 |
| Protropin AQ | Growth Hormone | 3010001000 | | 18 |
| Raptiva | Psoriasis | 9025052700 | | 17 |
| Rebetol | Hepatitis | 1235307000 | | 18 |
| Rebetron | Hepatitis | 1299500260 | | 18 |
| Rebif | Multiple Sclerosis | 6240306045 | | 18 |
| Recombinate (Factor 8) | Hemophilia | 8510001020 | | 36 |
| Refacto | Hemophilia | 8510001020 | | 35 |
| Repronex | Infertility | 3006205000 | | 19 |
| Ribavirin | Hepatitis | 1235307000 | | 18 |
| Ribavirin | Hepatitis | 9678580503 | | 18 |
| Roferon-A | Hepatitis | 2170006010 | | 18 |
| Saizen | Growth Hormone | 3010002010 | | 18 |
| Saizen | Growth Hormone | 301002000 | | 18 |
| Serostim | Growth Hormone | 3010002000 | | 18 |
| Serostim | Growth Hormone | 3010002010 | | 18 |
| Tracleer | Pulmonary | 4016001500 | | 17 |

# Metric Quantity Conversions

When reporting metric quantities, providers should interpret metric quantity equivalents as such:

| Apothecary Quantities of | Which are Equivalent to Labeled Metric Quantities of | Should be Reported as Metric Quantities of |
|---|---|---|
| 1/2 oz. | 14.2 gm. or cc | 15 |
| 1 oz. | 28.4 gm. or cc | 30 |
| 2 x 1/2 oz. | 2 tubes, 15 gm. each | 30 |
| 1 1/2 oz. | 46.6 gm. or cc | 45 |
| 2 x 1 oz. | 2 tubes, 28.4 gm. each | 60 |
| 2 oz. | 56.8 gm. or cc | 60 |
| 4 oz. | II 8.5 gm. or cc | 120 |
| 8 oz. | 237 gm. or cc | 240 |
| 16 oz. | 473 gm. or cc | 480 |

Use of this reporting procedure will afford proper cost payment for all quantities dispensed, as reimbursement rates have been predicted on this procedure.

In order to give providers a general idea of reporting reimbursements, several hypothetical cases with instructions are listed below:

| Rx | 1. | Polymyxin B Ophthalmic Drops 500,000u (Reconstituted with 20 ml. to 50 ml. diluent) Reported as 1 |
|---|---|---|
| Rx | 2. | Zantac Injection - 25 mg/2cc vial - Report as 2. (Report 4 x 2 cc as 8) |
| Rx | 3. | Ampicillin Injection 500 mg., 5 vials - Report as 5 |
| Rx | 4. | Sterile Water Irrigant, 500 cc, 8 bottles - Report as 8 and use NDC on 500 cc bottle |
| Rx | 5. | Albuterol Inhaler 17 gm. - Report as 17 |
| Rx | 6. | Inderal Tablet 10 mg., #20 - Report as 20 |
| Rx | 7. | Lanacort 5 0.05 percent, 22.5 gm. - Report as 23 |
| Rx | 8. | Modicon 28-Day (and other dialpaks or packets) - Report as actual number of tablets dispensed |
| Rx | 9. | Klorvess Effervescent Granules Packets, 5 gm., #30 - Report as 30 |
| Rx | 10. | 3 vials of Humulin R U-100 Insulin, 10 cc each - Report as 30 |
| Rx | 11. | Penicillin V K for Suspension, 125 mg./5 cc, 100 cc - Report as 100 |
| Rx | 12. | Ru-Tuss Liquid 473ml - Report as 473 |
| Rx | 13 | Pegasys Kit 180 mcg/ml – Report 1 |

**Note:   These reporting procedures are applicable to legend drugs only.**

# Worker's Compensation

Members of the following groups have 24-Hour Coverage through Blue Cross and Blue Shield of Alabama:

>           State of Alabama (group number 32035)
>           Southern Company (group number 32042)
>           Alabama Power (group number 32031)
>           Citation Corporation (group number 32041)
>           Jim Walter Resources, Inc. [group number 32068, 32080 (Black Lung)]
>           Marshall Durbin, Inc. (group number 32070)

Claims for these groups must be submitted with contract prefix WRI and the appropriate group number. In addition, their covered prescriptions may require special instruction. Pharmacists should call 1 800 216-9920 for these instructions.


# Advertising

You may display your Participating Pharmacy decal on your door or storefront to inform the public that you are a Participating Pharmacy. This decal, in conjunction with your listing in the Participating Pharmacy Directory, is your best and most cost-effective form of advertising. If you feel you need additional advertising, we have prepared a camera-ready "notice of participation" for your use in local newspapers. This notice will be the only approved use of our name and logo. We will be happy to send you a copy of the notice and a specification sheet upon request.

We are aware of some advertisements and direct mail materials using our logo and/or name, and we request that they be discontinued immediately. Some of these existing materials include misrepresentations of our program [e.g., that it is part of our Preferred Medical Doctor (PMD) program]. Others incorrectly imply coverage of specific products because the logo has been used as part of a product advertisement. This type of unauthorized use of the program logo and/or name is the reason we cannot allow individual advertising.

# Rejection Codes

The point-of-sale system should make it unnecessary for a pharmacist to file paper claims. Paper claims are subject to the following rejection code:

      9DR - Prescription drugs must be filed online.

## Online rejection codes include the following most common rejections:

07 -    Missing/Invalid Cardholder Identification. (The contract number is incorrect or the customer does not have Point-of-Sale coverage.)

09 -    Missing/Invalid Date of Birth. (The birth date entered must agree with information on file at Blue Cross and Blue Shield of Alabama.)

10 -    Missing/Invalid Gender Code. (Verify male or female.)

70 -    Product/Service Not Covered. (Some drugs may need prior authorization when medically necessary.)

76 -    Plan Limitations Exceeded. (The day supply is greater than allowed.)

79 -    Refill Too Soon. (The customer must use 60 percent of the days supply on prepaid contract and 50 percent on Major Medical Point-of-Sale on the previous prescription. Call Customer Service if a prior authorization is needed.)

81 -    Claim Too Old. (The prescription is over one year old.)

# National Council for Prescription Drug Programs Data Element Dictionary - Reject Codes Version 5.1
(Revised: August 2003)

| Version 5.1 Reject Codes for Telecommunication Standard | | |
|---|---|---|
| Reject Code | Explanation | Field Number Possibly In Error |
| 00 | ("M/I" Means Missing/Invalid) | |
| 01 | M/I Bin Number | 101 |
| 02 | M/I Version/Release Number | 102 |
| 03 | M/I Transaction Code | 103 |
| 04 | M/I Processor Control Number | 104 |
| 05 | M/I Service Provider ID | 201 |
| 06 | M/I Group ID | 301 |
| 07 | M/I Cardholder ID | 302 |
| 08 | M/I Person Code | 303 |
| 09 | M/I Date of Birth | 304 |
| 1C | M/I Smoker/Non-Smoker Code | 334 |
| 1E | M/I Prescriber Location Code | 467 |
| 10 | M/I Patient Gender Code | 305 |
| 11 | M/I Patient Relationship Code | 306 |
| 12 | M/I Patient Location | 307 |
| 13 | M/I Other Coverage Code | 308 |
| 14 | M/I Eligibility Clarification Code | 309 |
| 15 | M/I Date of Service | 401 |
| 16 | M/I Prescription/Service Reference Number | 402 |
| 17 | M/I Fill Number | 403 |
| 19 | M/I Days Supply | 405 |
| 2C | M/I Pregnancy Indicator | 335 |
| 2E | M/I Primary Care Provider ID Qualifier | 468 |
| 20 | M/I Compound Code | 406 |
| 21 | M/I Product/Service ID | 407 |
| 22 | M/I Dispense As Written (DAW)/Product Selection Code | 408 |
| 23 | M/I Ingredient Cost Submitted | 409 |
| 25 | M/I Prescriber ID | 411 |
| 26 | M/I Unit of Measure | 600 |
| 28 | M/I Date Prescription Written | 414 |
| 29 | M/I Number of Refills Authorized | 415 |
| 3A | M/I Request Type | 498-PA |
| 3B | M/I Request Period Date-Begin | 498-PB |
| 3C | M/I Request Period Date-End | 498-PC |
| 3D | M/I Basis of Request | 498-PD |
| 3E | M/I Authorized Representative First Name | 498-PE |
| 3F | M/I Authorized Representative Last Name | 498-PF |
| 3G | M/I Authorized Representative Street Address | 498-PG |
| 3H | M/I Authorized Representative City Address | 498-PH |
| 3J | M/I Authorized Representative State/Province Address | 498-PJ |
| 3K | M/I Authorized Representative Zip/Postal Zone | 498-PK |

**Version 5.1 Reject Codes for Telecommunication Standard**

| Reject Code | Explanation | Field Number Possibly In Error |
|---|---|---|
| 3M | M/I Prescriber Phone Number | 498-PM |
| 3N | M/I Prior Authorization Number Assigned | 498-PY |
| 3P | M/I Authorization Number | 503 |
| 3R | Prior Authorization Not Required | 407 |
| 3S | M/I Prior Authorization Supporting Documentation | 498-PP |
| 3T | Active Prior Authorization Exists Resubmit at Expiration of Prior Authorization | |
| 3W | Prior Authorization in Process | |
| 3X | Authorization Number Not Found | 503 |
| 3Y | Prior Authorization Denied | |
| 32 | M/I Level of Service | 418 |
| 33 | M/I Prescription Origin Code | 419 |
| 34 | M/I Submission Clarification Code | 420 |
| 35 | M/I Primary Care Provider ID | 421 |
| 38 | M/I Basis of Cost Determination | 423 |
| 39 | M/I Diagnosis Code | 424 |
| 4C | M/I Coordination of Benefits/Other Payments Count | 337 |
| 4E | M/I Primary Care Provider Last Name | 570 |
| 40 | Pharmacy Not Contracted With Plan on Date of Service | None |
| 41 | Submit Bill to Other Processor or Primary Payer | None |
| 5C | M/I Other Payer Coverage Type | 338 |
| 5E | M/I Other Payer Reject Count | 471 |
| 50 | Non-Matched Pharmacy Number | 201 |
| 51 | Non-Matched Group ID | 301 |
| 52 | Non-Matched Cardholder ID | 302 |
| 53 | Non-Matched Person Code | 303 |
| 54 | Non-Matched Product/Service ID Number | 407 |
| 55 | Non-Matched Product Package Size | 407 |
| 56 | Non-Matched Prescriber ID | 411 |
| 58 | Non-Matched Primary Prescriber | 421 |
| 6C | M/I Other Payer ID Qualifier | 339 |
| 6E | M/I Other Payer Reject Code | 472 |
| 60 | Product/Service Not Covered For Patient Age | 302, 304, 401, 407 |
| 61 | Product/Service Not Covered For Patient Gender | 302, 305, 407 |
| 62 | Patient/Card Holder ID Name Mismatch | 310, 311, 312, 313, 302 |
| 63 | Institutionalized Patient Product/Service ID Not Covered | |
| 64 | Claim Submitted Does Not Match Prior Authorization | 201, 401, 404, 407, 416 |
| 65 | Patient Is Not Covered | 303, 306 |
| 66 | Patient Age Exceeds Maximum Age | 303, 304. 306 |
| 67 | Filled Before Coverage Effective | 401 |
| 68 | Filled After Coverage Expired | 401 |
| 69 | Filled After Coverage Terminated | 401 |
| 7C | M/I Other Payer ID | 340 |

| Version 5.1 Reject Codes for Telecommunication Standard | | |
|---|---|---|
| Reject Code | Explanation | Field Number Possibly In Error |
| 7E | M/I DUR/PPS Code Counter | 473 |
| 70 | Product/Service Not Covered | 407, 489 |
| 71 | Prescriber Is Not Covered | 411 |
| 72 | Primary Prescriber Is Not Covered | 421 |
| 73 | Refills Are Not Covered | 402, 403 |
| 74 | Other Carrier Payment Meets or Exceeds Payable | 409, 410, 442 |
| 75 | Prior Authorization Required | 462 |
| 76 | Plan Limitations Exceeded | 405, 442 |
| 77 | Discontinued Product/Service ID Number | 407 |
| 78 | Cost Exceeds Maximum | 407, 409, 410, 442 |
| 79 | Refill Too Soon | 401, 403, 405 |
| 8C | M/I Facility ID | 336 |
| 8E | M/I DUR/PPS Level of Effort | 474 |
| 80 | Drug-Diagnosis Mismatch | 407, 424 |
| 81 | Claim Too Old | 401 |
| 82 | Claim Is Post-Dated | 401 |
| 83 | Duplicate Paid/Captured Claim | 201, 401, 402, 403, 407 |
| 84 | Claim Has Not Been Paid/Captured | 201, 401, 402 |
| 85 | Claim Not Processed | None |
| 86 | Submit Manual Reversal | None |
| 87 | Reversal Not Processed | None |
| 88 | DUR Reject Error | |
| 89 | Rejected Claim Fees Paid | |
| 90 | Host Hung Up | Host Disconnected Before Session Completed |
| 91 | Host Response Error | Response Not in Appropriate Format to be Displayed |
| 92 | System Unavailable/Host Unavailable | Processing Host Did Not Accept Transaction/Did Not Respond Within Time Out Period |
| *95 | Time Out | |
| *96 | Scheduled Downtime | |
| *97 | Payer Unavailable | |
| *98 | Connection to Payer is Down | |
| 99 | Host Processing Error | Do Not Retransmit Claim(s) |
| AA | Patient Spenddown Not Met | |
| AB | Date Written is After Date Filled | |
| AC | Patient Not Covered Non-Participating Manufacturer | |
| AD | Billing Provider Not Eligible to Bill This Claim Type | |

| Version 5.1 Reject Codes for Telecommunication Standard | | |
|---|---|---|
| Reject Code | Explanation | Field Number Possibly In Error |
| AE | QMB (Qualified Medicare Beneficiary) – Bill Medicare | |
| AF | Patient Enrolled Under Managed Care | |
| AG | Days Supply Limitation for Product/Service | |
| AH | Unit Dose Packaging Only Payable for Nursing Home Recipients | |
| AJ | Generic Drug Required | |
| AK | M/I Software Vendor/Certification ID | 110 |
| AM | M/I Segment Identification | 111 |
| A9 | M/I Transaction Count | 109 |
| BE | M/I Professional Service Fee Submitted | 477 |
| B2 | M/I Service Provider ID Qualifier | 202 |
| CA | M/I Patient First Name | 310 |
| CB | M/I Patient Last Name | 311 |
| CC | M/I Cardholder First Name | 312 |
| CD | M/I Cardholder Last Name | 313 |
| CE | M/I Home Plan | 314 |
| CF | M/I Employer Name | 315 |
| CG | M/I Employer Street Address | 316 |
| CH | M/I Employer City Address | 317 |
| CI | M/I Employer State/Province Address | 318 |
| CJ | M/I Employer Zip Postal Zone | 319 |
| CK | M/I Employer Phone Number | 320 |
| CL | M/I Employer Contact Name | 321 |
| CM | M/I Patient Street Address | 322 |
| CN | M/I Patient City Address | 323 |
| CO | M/I Patient State/Province Address | 324 |
| CP | M/I Patient Zip/Postal Zone | 325 |
| CQ | M/I Patient Phone Number | 326 |
| CR | M/I Carrier ID | 327 |
| CW | M/I Alternate ID | 330 |
| CX | M/I Patient ID Qualifier | 321 |
| CY | M/I Patient ID | 332 |
| CZ | M/I Employer ID | 333 |
| DC | M/I Dispensing Fee Submitted | 412 |
| DN | M/I Basis of Cost Determination | 423 |
| DQ | M/I Usual and Customary Charge | 428 |
| DR | M/I Prescriber Last Name | 427 |
| DT | M/I Unit Dose Indicator | 429 |
| DU | M/I Gross Amount Due | 430 |
| DV | M/I Other Payer Amount Paid | 431 |
| DX | M/I Patient Paid Amount Submitted | 433 |
| DY | M/I Date of Injury | 434 |
| DZ | M/I Claim/Reference ID | 435 |
| EA | M/I Originally Prescribed Product/Service Code | 445 |

**Version 5.1 Reject Codes for Telecommunication Standard**

| Reject Code | Explanation | Field Number Possibly In Error |
|---|---|---|
| EB | M/I Originally Prescribed Quantity | 446 |
| EC | M/I Compound Ingredient Component Count | 447 |
| ED | M/I Compound Ingredient Quantity | 448 |
| EE | M/I Compound Ingredient Drug Cost | 449 |
| EF | M/I Compound Dosage Form Description Code | 450 |
| EG | M/I Compound Dispensing Unit Form Indicator | 451 |
| EH | M/I Compound Route of Administration | 452 |
| EJ | M/I Originally Prescribed Product/Service ID Qualifier | 453 |
| EK | M/I Scheduled Prescription ID Number | 454 |
| EM | M/I Prescription/Service Reference Number Qualifier | 455 |
| EN | M/I Associated Prescription/Service Reference Number | 456 |
| EP | M/I Associated Prescription/Service Date | 457 |
| ER | M/I Procedure Modifier Code | 459 |
| ET | M/I Quantity Prescribed | 460 |
| EU | M/I Prior Authorization Type Code | 461 |
| EV | M/I Prior Authorization Number Submitted | 462 |
| EW | M/I Intermediary Authorization Type ID | 463 |
| EX | M/I Intermediary Authorization ID | 464 |
| EY | M/I Provider ID Qualifier | 465 |
| EZ | M/I Prescriber ID Qualifier | 466 |
| E1 | M/I Product/Service ID Qualifier | 436 |
| E3 | M/I Incentive Amount Submitted | 438 |
| E4 | M/I Reason For Service Code | 439 |
| E5 | M/I Professional Service Code | 440 |
| E6 | M/I Result of Service Code | 441 |
| E7 | M/I Quantity Dispensed | 442 |
| E8 | M/I Other Payer Date | 443 |
| E9 | M/I Provider ID | 444 |
| FO | M/I Plan ID | 524 |
| GE | M/I Percentage Sales Tax Amount Submitted | 482 |
| HA | M/I Flat Sales Tax Amount Submitted | 481 |
| HB | M/I Other Payer Amount Paid Count | 341 |
| HC | M/I Other Payer Amount Paid Qualifier | 342 |
| HD | M/I Dispensing Status | 343 |
| HE | M/I Percentage Sales Tax Rate Submitted | 483 |
| HF | M/I Quantity Intended to be Dispensed | 344 |
| HG | M/I Days Supply Intended to be Dispensed | 345 |
| H1 | M/I Measurement Time | 495 |
| H2 | M/I Measurement Dimension | 496 |
| H3 | M/I Measurement Unit | 497 |
| H4 | M/I Measurement Value | 499 |
| H5 | M/I Primary Care Provider Location Code | 469 |
| H6 | M/I DUR Co-Agent ID | 476 |
| H7 | M/I Other Amount Claimed Submitted Count | 478 |
| H8 | M/I Other Amount Claimed Submitted Qualifier | 479 |

**Version 5.1 Reject Codes for Telecommunication Standard**

| Reject Code | Explanation | Field Number Possibly In Error |
|---|---|---|
| H9 | M/I Other Amount Claimed Submitted | 480 |
| JE | M/I Percentage Sales Tax Basis Submitted | 484 |
| J9 | M/I DUR Co-Agent ID Qualifier | 475 |
| KE | M/I Coupon Type | 485 |
| M1 | Patient Not Covered in this Aid Category | |
| M2 | Recipient Locked In | |
| M3 | Host PA Error | |
| M4 | Prescription/Service Reference Number/Time Limit Exceeded | |
| M5 | Requires Manual Claim | |
| M6 | Host Eligibility Error | |
| M7 | Host Drug File Error | |
| M8 | Host Provider File Error | |
| ME | M/I Coupon Number | 486 |
| MZ | Error Overflow | |
| NE | M/I Coupon Value Amount | 487 |
| NN | Transaction Rejected at Switch or Intermediary | |
| PA | PA Exhausted/Not Renewable | |
| PB | Invalid Transaction Count for This Transaction Code | 103, 109 |
| PC | M/I Request Claim Segment | 111 |
| PD | M/I Request Clinical Segment | 111 |
| PE | M/I Request Coordination of Benefits/Other Payments Segment | 111 |
| PF | M/I Request Compound Segment | 111 |
| PG | M/I Request Coupon Segment | 111 |
| PH | M/I Request DUR/PPS Segment | 111 |
| PJ | M/I Request Insurance Segment | 111 |
| PK | M/I Request Patient Segment | 111 |
| PM | M/I Request Pharmacy Provider Segment | 111 |
| PN | M/I Request Prescriber Segment | 111 |
| PP | M/I Request Pricing Segment | 111 |
| PR | M/I Request Prior Authorization Segment | 111 |
| PS | M/I Transaction Header Segment | 111 |
| PT | M/I Request Worker's Compensation Segment | 111 |
| PV | Non-Matched Associated Prescription/Service Date | 457 |
| PW | Non-Matched Employer ID | 333 |
| PX | Non-Matched Other Payer ID | 340 |
| PY | Non-Matched Unit Form/Route of Administration | 451, 452, 600 |
| PZ | Non-Matched Unit of Measure to Product/Service ID | 407, 600 |
| P1 | Associated Prescription/Service Reference Number Not Found | 456 |
| P2 | Clinical Information Counter Out of Sequence | 493 |
| P3 | Compound Ingredient Component Count Does Not Match Number of Repetitions | 447 |
| P4 | Coordination of Benefits/Other Payments Count Does Not Match Number of Repetitions | 337 |

| Version 5.1 Reject Codes for Telecommunication Standard | | |
|---|---|---|
| Reject Code | Explanation | Field Number Possibly In Error |
| P5 | Coupon Expired | 486 |
| P6 | Date of Service Prior to Date of Birth | 304, 401 |
| P7 | Diagnosis Code Count Does Not Match Number of Repetitions | 491 |
| P8 | DUR/PPS Code Counter Out of Sequence | 473 |
| P9 | Field is Non-Repeatable | |
| RA | PA Reversal Out of Order | |
| RB | Multiple Partials Not Allowed | |
| RC | Different Drug Entity Between Partial & Completion | |
| RD | Mismatched Cardholder/Group ID-Partial To Completion | 301, 302 |
| RE | M/I Compound Product ID Qualifier | 488 |
| RF | Improper Order of Dispensing Status Code on Partial Fill Transaction | |
| RG | M/I Associated Prescription/Service Reference Number on Completion Transaction | 456 |
| RH | M/I Associated Prescription/Service Date On Completion Transaction | 457 |
| RJ | Associated Partial Fill Transaction Not On File | |
| RK | Partial Fill Transaction Not Supported | |
| RM | Completion Transaction Not Permitted With Same Date of Service as Partial Transaction | 401 |
| RN | Plan Limits Exceeded on Intended Partial Fill Values | 344, 345 |
| RP | Out of Sequence "P" Reversal on Partial Fill Transaction | |
| RS | M/I Associated Prescription/Service Date on Partial Transaction | 457 |
| RT | M/I Associated Prescription/Service Reference Number on Partial Transaction | 456 |
| RU | Mandatory Data Elements Must Occur Before Optional Data Elements in a Segment | |
| R1 | Other Amount Claimed Submitted Count Does Not Match Number of Repetitions | 478, 480 |
| R2 | Other Payer Reject Count Does Not Match Number of Repetitions | 471, 472 |
| R3 | Procedure Modifier Code Count Does Not Match Number of Repetitions | 458, 459 |
| R4 | Procedure Modifier Code Invalid for Product/Service ID | 407, 436, 459 |
| R5 | Product/Service ID Must be Zero When Product/Service ID Qualifier Equals 06 | 407, 436 |
| R6 | Product/Service Not Appropriate for This Location | 307, 407, 436 |
| R7 | Repeating Segment Not Allowed in Same Transaction | |
| R8 | Syntax Error | |
| R9 | Value in Gross Amount Due Does Not Follow Pricing Formulae | 430 |
| SE | M/I Procedure Modifier Code Count | 458 |
| TE | M/I Compound Product ID | 489 |
| UE | M/I Compound Ingredient Basis of Cost Determination | 490 |

| Version 5.1 Reject Codes for Telecommunication Standard | | |
|---|---|---|
| Reject Code | Explanation | Field Number Possibly In Error |
| VE | M/I Diagnosis Code Count | 491 |
| WE | M/I Diagnosis Code Qualifier | 492 |
| XE | M/I Clinical Information Counter | 493 |
| ZE | M/I Measurement Date | 494 |

Materials reproduced with the consent of National Council for Prescription Drug Programs, Inc.©
2004 NCPDP.

# Frequently Asked Questions

**Question**
What if the customer does not have his Blue Cross and Blue Shield of Alabama or Preferred Care Services, Inc. identification card with him at the time of dispensing?

**Answer**
If you are filling a customer's prescription for the first time and the customer does not have his identification card with him, and does not know his contract number, you are not obligated to file online for him. However, you may call our Dedicated Pharmacy Customer Service Department at 1 800 216-9920 for assistance.

**Question**
What if the identification card does not contain the letters "Rx" or "Rx Point-of-Sale?"

**Answer**
Not all groups have the letters "Rx" or "Rx Point-of-Sale" imprinted on their contract holder's cards. If the identification card does not have "Rx" or "Rx Point-of-Sale," you should try to submit online for verification.

**Question**
How can I know if a subscriber has family or individual coverage?

**Answer**
The point-of-sale system will verify family or individual coverage. Additionally, each subscriber should know if his dependents are covered. You can call Pharmacy Customer Service at 1 800 216-9920 to verify dependents.

**Question**
What if the prescription indicates a three-month supply, but the drug is not a maintenance drug?

**Answer**
With many groups, if the drug is not a maintenance drug, we will only pay for a 30 or 34-day supply. With the copayment plan, the pharmacist can dispense as written but days over 34 may not be covered. With the Major Medical Point-of-Sale plan, the patient is limited to a 90-day supply.

**Question**
What if I cannot find a National Drug Code (NDC) number with eleven digits?

**Answer**
The eleven-digit NDC number is made up of three different classifications. The first five digits are the labeler, the sixth through ninth digits are the product number, and the last two digits are package size.

| Labeler | Product | Package size |
|---------|---------|--------------|
| 11111 | 2222 | 33 |

**Question**
If any of these numbers have less than the required number of digits, you should add zeros to the beginning of that portion to make it the proper length. The following is an example:

Labeler: 1111
Product Number: 222
Package Size: 33
Should be written: 01111022233

If these zeros are not added, it is impossible to identify the NDC number and the claim will be rejected.

**Question**
What if my acquisition cost is greater than the reimbursement?

**Answer**
Prescription drug claims are processed and priced based on a national drug data file. Updates are made at the beginning of each week. If you question the reimbursement made for a particular claim, please send a written explanation with attached invoices to:

Blue Cross and Blue Shield of Alabama
Pharmacy Benefit Management
450 Riverchase Parkway East
Birmingham, Alabama 35298

**Question**
How do I know what a group's copayment is?

**Answer**
The point-of-sale system will display the proper copayment when the prescription is processed through the system.

**Question**
Is the Participating Pharmacy Program part of the Blue Cross Preferred Care program?

**Answer**
No. The pharmacy program is a free-standing benefit option available to our groups. It is not a part of Preferred Care or the Preferred Medical Doctor (PMD) Program. Use of either of these names in association with the pharmacy program is a misrepresentation of your participation and misleading to our customers.

**Question**
What if the cost of the drug is less than the patient's copayment?

**Answer**
If the cost is less than the patient's copayment, you must process the prescription anyway. You should take whatever the cost is and apply that to the patient's copayment.

**Question**
May I withdraw from the Participating Pharmacy program?

**Answer**
Pharmacies may cancel their participating status by providing Blue Cross and Blue Shield of Alabama or Preferred Care Services, Inc. with a 30 day written notice. However, once a pharmacy is removed from the Prescription Drug Program, it cannot be reinstated. Pharmacies cannot limit participation for select groups, but must participate for all Blue Cross and Blue Shield of Alabama and Preferred Care Services, Inc. business.

**Question**
What is the "low cash price"

**Answer**
Your pharmacy's low cash price is the retail price you charge a cash customer, including all discounts offered to senior citizens, frequent shoppers, patients enrolled in special programs, etc. According to your agreement to be a Participating Pharmacy, you agree to transmit your low cash price with each transaction. Without this information, the response from the computer system may be higher than your low cash price. As a result, patients pay more for a drug product "as a member of this program" than they paid as cash customers or members of another program. When that occurs, patients may complain to their group, take their business elsewhere, or otherwise let you know they are dissatisfied with the cost of their medications.

# Blue Cross and Blue Shield of Alabama/Preferred Care Services, Inc. Payer Specification Sheet

June 16, 2004
Bin #:   004915
States:              National
Destination:      Blue Cross and Blue Shield of Alabama
Accepting:        Claim Adjudication, Reversals
Format:           NCPDP Version 5.1

## 1.    Segment And Field Requirements By Transaction Type

### BILLING (B1), REVERSAL (B2), and REBILLING (B3) TRANSACTION DATA ELEMENTS
(M-Mandatory, S-Situational, ***R-Repeat Field)

| Transaction Header Segment - Mandatory | | | Segment is Required. |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | COMMENTS/VALUES |
| 1Ø1-A1 | BIN NUMBER | M | |
| 1Ø2-A2 | VERSION/RELEASE NUMBER | M | 51 |
| 1Ø3-A3 | TRANSACTION CODE | M | B1, B2 or B3 only |
| 1Ø4-A4 | PROCESSOR CONTROL NUMBER | M | |
| 1Ø9-A9 | TRANSACTION COUNT | M | 01 – 04 (up to 4 transactions per B1 and B3 transmission) accepted; only 01for a B2 transaction |
| 2Ø2-B2 | SERVICE PROVIDER ID QUALIFIER | M | 07 (NCPDP ID) |
| 2Ø1-B1 | SERVICE PROVIDER ID | M | Value for the qualifier used in 202-B1 above |
| 4Ø1-D1 | DATE OF SERVICE | M | CCYYMMDD |
| 11Ø-AK | SOFTWARE VENDOR/CERTIFICATION ID | M | Use value for Switch's requirements.  If submitting claim without a Switch, populate with blanks. |

| Patient Segment – Situational. | | | Client REQUIRES Segment for B1, B2 and B3 transactions to locate correct member |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 01 – transmit ONLY if the segment is transmitted. |
| 331-CX | PATIENT ID QUALIFIER | S | Not Required |
| 332-CY | PATIENT ID | S | Not Required |
| 3Ø4-C4 | DATE OF BIRTH | S | Required |
| 3Ø5-C5 | PATIENT GENDER CODE | S | Required |
| 31Ø-CA | PATIENT FIRST NAME | S | Required |
| 311-CB | PATIENT LAST NAME | S | Required |
| 322-CM | PATIENT STREET ADDRESS | S | Not Required |
| 323-CN | PATIENT CITY ADDRESS | S | Not Required |
| 324-CO | PATIENT STATE / PROVINCE ADDRESS | S | Not Required |
| 325-CP | PATIENT ZIP/POSTAL ZONE | S | Not Required |
| 326-CQ | PATIENT PHONE NUMBER | S | Not Required |
| 3Ø7-C7 | PATIENT LOCATION | S | Not Required |
| 333-CZ | EMPLOYER ID | S | Not Required |
| 334-1C | SMOKER / NON-SMOKER CODE | S | Not Required |
| 335-2C | PREGNANCY INDICATOR | S | Not Required |

| Insurance Segment – Situational | | | Segment is required for B1 and B3 transactions. Not required for B2 transaction. |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 04 – transmit ONLY if the segment is transmitted. |
| 3Ø2-C2 | CARDHOLDER ID | M | Required. From ID Card |
| 312-CC | CARDHOLDER FIRST NAME | S | Not Required |
| 313-CD | CARDHOLDER LAST NAME | S | Not Required |
| 314-CE | HOME PLAN | S | Not Required |
| 524-FO | PLAN ID | S | Not Required |
| 3Ø9-C9 | ELIGIBILITY CLARIFICATION CODE | S | Not Required |
| 336-8C | FACILITY ID | S | Not Required |
| 3Ø1-C1 | GROUP ID | S | Required. From ID Card |
| 3Ø3-C3 | PERSON CODE | S | Not Required |
| 3Ø6-C6 | PATIENT RELATIONSHIP CODE | S | Not Required |

| Claim Segment – Mandatory | | | Segment is required for B1, B2, and B3 transactions |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 07 – transmit ONLY if the segment is transmitted. |
| 455-EM | PRESCRIPTION/SERVICE REFERENCE NUMBER QUALIFIER | M | Required. Only value "1" is accepted |
| 4Ø2-D2 | PRESCRIPTION/SERVICE REFERENCE NUMBER | M | Required. Only supports 7 digit Rx #. |
| 436-E1 | PRODUCT/SERVICE ID QUALIFIER | M | 03 |
| 4Ø7-D7 | PRODUCT/SERVICE ID | M | NDC number |
| 456-EN | ASSOCIATED PRESCRIPTION/SERVICE REFERENCE # | S | Not required |
| 457-EP | ASSOCIATED PRESCRIPTION/SERVICE DATE | S | Not required |
| 458-SE | PROCEDURE MODIFIER CODE COUNT | S | Required ONLY if Procedure Modifier Code Submitted. |
| 459-ER | PROCEDURE MODIFIER CODE | S | Not Required |
| 442-E7 | QUANTITY DISPENSED | S | Required for B1 and B3 claims |
| 4Ø3-D3 | FILL NUMBER | S | Required for B1 and B3 claims |
| 4Ø5-D5 | DAYS SUPPLY | S | Required for B1 and B3 claims |
| 4Ø6-D6 | COMPOUND CODE | S | Required for B1 and B3 claims |
| 4Ø8-D8 | DISPENSE AS WRITTEN (DAW)/PRODUCT SELECTION CODE | S | Required for B1 and B3 claims |
| 414-DE | DATE PRESCRIPTION WRITTEN | S | Required for B1 and B3 claims |
| 415-DF | NUMBER OF REFILLS AUTHORIZED | S | Not Required |
| 419-DJ | PRESCRIPTION ORIGIN CODE | S | Not Required |
| 42Ø-DK | SUBMISSION CLARIFICATION CODE | S | Not Required |
| 46Ø-ET | QUANTITY PRESCRIBED | S | Not Required. Partial Fills not supported. |
| 3Ø8-C8 | OTHER COVERAGE CODE | S | |
| 429-DT | UNIT DOSE INDICATOR | S | Not Required |
| 453-EJ | ORIG PRESCRIBED PRODUCT/SERVICE ID QUALIFIER | S | Not Required. Partial Fills not supported. |
| 445-EA | ORIGINALLY PRESCRIBED PRODUCT/SERVICE CODE | S | Not Required. Partial Fills not supported. |
| 446-EB | ORIGINALLY PRESCRIBED QUANTITY | S | Not Required. Partial Fills not supported. |
| 33Ø-CW | ALTERNATE ID | S | Not Required |
| 454-EK | SCHEDULED PRESCRIPTION ID NUMBER | S | Not Required |
| 6ØØ-28 | UNIT OF MEASURE | S | Not Required |
| 418-DI | LEVEL OF SERVICE | S | Not Required |
| 461-EU | PRIOR AUTHORIZATION TYPE CODE | S | |
| 462-EV | PRIOR AUTHORIZATION NUMBER SUBMITTED | S | |
| 463-EW | INTERMEDIARY AUTHORIZATION TYPE ID | S | Not Required |
| 464-EX | INTERMEDIARY AUTHORIZATION ID | S | No Required |
| 343-HD | DISPENSING STATUS | S | Not Required. Partial Fills not supported. |
| 344-HF | QUANTITY INTENDED TO BE DISPENSED | S | Not Required. Partial Fills not supported. |

| 345-HG | DAYS SUPPLY INTENDED TO BE DISPENSED | S | Not Required. Partial Fills not supported. |

| Pharmacy Provider Segment   Situational | | | Segment is Not Required |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 02<br>– transmit ONLY if the segment is transmitted. |
| 465-EY | PROVIDER ID QUALIFIER | S | Not Required |
| 444-E9 | PROVIDER ID (NCPDP #) | S | Not Required |

| Prescriber Segment – Situational | | | Segment is Required for B1 and B3 transaction |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 03<br>– transmit ONLY if the segment is transmitted. |
| 466-EZ | PRESCRIBER ID QUALIFIER | S | Required. Use 12 |
| 411-DB | PRESCRIBER ID | S | Submit UPIN in Alabama, otherwise submit DEA or UPIN |
| 467-1E | PRESCRIBER LOCATION CODE | S | Not Required |
| 427-DR | PRESCRIBER LAST NAME | S | Not Required |
| 498-PM | PRESCRIBER PHONE NUMBER | S | Not Required |
| 468-2E | PRIMARY CARE PROVIDER ID QUALIFIER | S | Not Required |
| 421-DL | PRIMARY CARE PROVIDER  ID | S | Not Required |
| 469-H5 | PRIMARY CARE PROVIDER LOCATION CODE | S | Not Required |
| 47Ø-4E | PRIMARY CARE PROVIDER LAST NAME | S | Not Required |

| COB/Other Payments Segment   Situational | | | Segment is not required |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 05<br>– transmit ONLY if the segment is transmitted. |
| 337-4C | COORDINATION OF BENEFITS/OTHER PAYMENTS COUNT | M | |
| 338-5C | OTHER PAYER COVERAGE TYPE | M***R*** | |
| 339-6C | OTHER  PAYER ID QUALIFIER | S***R*** | |
| 34Ø-7C | OTHER PAYER ID | S***R*** | |
| 443-E8 | OTHER PAYER DATE | S***R*** | |
| 341-HB | OTHER PAYER AMOUNT PAID COUNT | S | |
| 342-HC | OTHER PAYER AMOUNT PAID QUALIFIER | S***R*** | |
| 431-DV | OTHER PAYER AMOUNT PAID | S***R*** | |
| 471-5E | OTHER PAYER REJECT COUNT | S | |
| 472-6E | OTHER PAYER REJECT CODE | S***R*** | |

| Workers' Compensation Segment  Situational | | | Segment is Not Required. Not Required for B2 transaction. |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 06 – transmit ONLY if the segment is transmitted. |
| 434-DY | DATE OF INJURY | M | |
| 315-CF | EMPLOYER NAME | S | |
| 316-CG | EMPLOYER STREET ADDRESS | S | |
| 317-CH | EMPLOYER CITY ADDRESS | S | |
| 318-CI | EMPLOYER STATE/PROVINCE ADDRESS | S | |
| 319-CJ | EMPLOYER ZIP/POSTAL ZONE | S | |
| 32Ø-CK | EMPLOYER PHONE NUMBER | S | |
| 321-CL | EMPLOYER CONTACT NAME | S | |
| 327-CR | CARRIER ID | S | |
| 435-DZ | CLAIM/REFERENCE ID | S | |

| DUR/PPS Segment   Required   Situational | | | Segment is Not Required. Use encouraged if applicable for B2 transaction. |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 08 – transmit ONLY if the segment is transmitted. |
| 473-7E | DUR/PPS CODE COUNTER | S***R*** | Required if segment used. One to 9 occurrences are supported. |
| 439-E4 | REASON FOR SERVICE CODE | S***R*** | Required if segment used. |
| 44Ø-E5 | PROFESSIONAL SERVICE CODE | S***R*** | Required if segment used. |
| 441-E6 | RESULT OF SERVICE CODE | S***R*** | Required if segment used. |
| 474-8E | DUR/PPS LEVEL OF EFFORT | S***R*** | Required if segment used. |
| 475-J9 | DUR CO-AGENT ID QUALIFIER | S***R*** | Required if 476-H6 used. Values 01, 02, 03 2Ø. |
| 476-H6 | DUR CO-AGENT ID | S***R*** | Encouraged if code DC, DD, ID, MC, TC in 439-E4. |

| Pricing Segment – Mandatory | | | Segment is Required for B1 and B3 transactions. Not Required for B2 transaction. |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 11 – transmit ONLY if the segment is transmitted. |
| 4Ø9-D9 | INGREDIENT COST SUBMITTED | S | Required. |
| 412-DC | DISPENSING FEE SUBMITTED | S | Not Required |
| 477-BE | PROFESSIONAL SERVICE FEE SUBMITTED | S | Not Required |
| 433-DX | PATIENT PAID AMOUNT SUBMITTED | S | Not Required |
| 438-E3 | INCENTIVE AMOUNT SUBMITTED | S | Not Required |
| 478-H7 | OTHER AMOUNT CLAIMED SUBMITTED COUNT | S | Required if 480-H9 submitted. |
| 479-H8 | OTHER AMOUNT CLAIMED SUBMITTED QUALIFIER | S***R*** | Required if 480-H9 submitted |
| 48Ø-H9 | OTHER AMOUNT CLAIMED SUBMITTED | S***R*** | Not Required |
| 481-HA | FLAT SALES TAX AMOUNT SUBMITTED | S | Required in applicable locations |
| 482-GE | PERCENTAGE SALES TAX AMOUNT SUBMITTED | S | Required in applicable locations. |
| 483-HE | PERCENTAGE SALES TAX RATE SUBMITTED | S | Required if 483-GE submitted. |
| 484-JE | PERCENTAGE SALES TAX BASIS SUBMITTED | S | Required if 483-GE submitted. |
| 426-DQ | USUAL AND CUSTOMARY CHARGE | S | Required |
| 43Ø-DU | GROSS AMOUNT DUE | S | Required. |
| 423-DN | BASIS OF COST DETERMINATION | S | Not Required |

| Coupon Segment  Situational | | | Segment is not required |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational l | |
| 111-AM | SEGMENT IDENTIFICATION | M | 09<br>– transmit ONLY if the segment is transmitted. |
| 485-KE | COUPON TYPE | M | Required if Segment used. |
| 486-ME | COUPON NUMBER | M | Required if Segment used. |
| 487-NE | COUPON VALUE AMOUNT | S | |

| Compound Segment   Situational | | | Not Required. Segment is NOT SUPPORTED. |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 10<br>– transmit ONLY if the segment is transmitted. |
| 45Ø-EF | COMPOUND DOSAGE FORM DESCRIPTION CODE | M | |
| 451-EG | COMPOUND DISPENSING UNIT FORM INDICATOR | M | |
| 452-EH | COMPOUND ROUTE OF ADMINISTRATION | M | |
| 447-EC | COMPOUND INGREDIENT COMPONENT COUNT | M | |
| 488-RE | COMPOUND PRODUCT ID QUALIFIER | M***R*** | |
| 489-TE | COMPOUND PRODUCT ID | M***R*** | |
| 448-ED | COMPOUND INGREDIENT QUANTITY | M***R*** | |
| 449-EE | COMPOUND INGREDIENT DRUG COST | S***R*** | |
| 49Ø-UE | COMPOUND INGREDIENT BASIS OF COST DETERMINATION | S***R*** | |

Compound claims are to be submitted using the Compound Code field (406-D6) populated with a value of '2'.

| Prior Authorization Segment    Situational | | | Segment is not required |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 12<br>~ transmit ONLY if the segment is transmitted. |
| 498-PA | REQUEST TYPE | M | Values 1, 2, 3 accepted. |
| 498-PB | REQUEST PERIOD DATE-BEGIN | M | Not used. Format must be correct, though. |
| 498-PC | REQUEST PERIOD DATE-END | M | Not used. Format must be correct, though. |
| 498-PD | BASIS OF REQUEST | M | Values ME, PR, PI, accepted |
| 498-PE | AUTHORIZED REPRESENTATIVE FIRST NAME | S | Not Required. |
| 498-PF | AUTHORIZED REPRESENTATIVE LAST NAME | S | Not Required |
| 498-PG | AUTHORIZED REPRESENTATIVE STREET ADDRESS | S | Not Required |
| 498-PH | AUTHORIZED REPRESENTATIVE CITY ADDRESS | S | Not Required |
| 498-PJ | AUTHORIZED REPRESENTATIVE STATE/PROVINCE ADDRESS | S | Not Required |
| 498-PK | AUTHORIZED REPRESENTATIVE ZIP/POSTAL ZONE | S | Not Required |
| 498-PY | PRIOR AUTHORIZATION NUMBER--ASSIGNED | S | Not Required |
| 5Ø3-F3 | AUTHORIZATION NUMBER | S | Not Required |
| 498-PP | PRIOR AUTHORIZATION SUPPORTING DOCUMENTATION | S | Not Required |

| Clinical Segment   Situational | | | Not Required. Submit segment for B1 or B3 transaction ONLY if one or more specific fields are required for a specific claim. |
|---|---|---|---|
| NCPDP Field | Field Name | Mandatory or Situational | |
| 111-AM | SEGMENT IDENTIFICATION | M | 13<br>– transmit ONLY if the segment is transmitted. |
| 491-VE | DIAGNOSIS CODE COUNT | S | Required if 424-DO populated. |
| 492-WE | DIAGNOSIS CODE QUALIFIER | S***R*** | Required if 424-DO populated |
| 424-DO | DIAGNOSIS CODE | S***R*** | Required for certain plan limitations. |
| 493-XE | CLINICAL INFORMATION COUNTER | S***R*** | Not Required. Not Supported. |
| 494-ZE | MEASUREMENT DATE | S***R*** | Not Required. Not Supported. |
| 495-H1 | MEASUREMENT TIME | S***R*** | Not Required. Not Supported. |
| 496-H2 | MEASUREMENT DIMENSION | S***R*** | Not Required. Not Supported. |
| 497-H3 | MEASUREMENT UNIT | S***R*** | Not Required. Not Supported. |
| 499-H4 | MEASUREMENT VALUE | S***R*** | Not Required. Not Supported. |

NOTE: A "Situational" data element means the NCPDP Standard does not require data on all claims, but the PLAN SPONSOR reserves the possibility of use in specific claim situations. The 'Mandatory" and "Required" fields within a "Situational" segment are only mandatory IF the segment is being utilized.

Situational segments can be transmitted, however, not all segments are supported. Please contact the information number for more information regarding the support of claim segments.

## ELIGIBILITY VERIFICATION (E1) TRANSACTION DATA ELEMENTS
This client does NOT SUPPORT eligibility verification transactions.

## PRIOR AUTHORIZATION (P1, P2, P3) TRANSACTION DATA ELEMENTS
This client does NOT SUPPORT prior authorization transactions

## INFORMATION (N1, N2, N3) TRANSACTION DATA ELEMENTS
This client does NOT SUPPORT informational transactions

## CONTROLLED SUBSTANCE REPORTING (C1, C2, C3) TRANSACTION DATA ELEMENTS
This client does NOT SUPPORT controlled substance reporting transactions

## 2.    GENERAL INFORMATION
Live Date:

Maximum prescriptions per transaction: 4

Plan specific information, customer service,

Technical assistance, help desk: 800 216-9920

Pharmacy Registration with Payer

Required:                 Yes

Switch Support:           NDC      Envoy

**3.    OTHER INFORMATION**

Prescriber ID – UPIN# is the required Prescriber ID in Alabama. DEA# is the preferred entry for Prescriber ID outside Alabama.

NOTE: The data elements listed in the SPECIFICATION SHEET are presented so as to encompass all Blue Cross and Blue Shield of Alabama/Preferred Care Services, Inc. subscriber plans. However, specific requirements may vary from plan to plan. The Technical Help Number can be called for detailed information regarding specific plan requirements.

***Blue Cross and Blue Shield of Alabama/Preferred Care Services, Inc.*** provides online prospective DUR edits for all of their plans. Please contact the Help Desk for further information.