# EXHIBIT "1"

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

DEC 2 7 2005

THOMAS K. KAHN
CLERK

No. 05-15668-AA

EUFAULA DRUGS, INC.,
individually and on behalf of a class of
all persons or entities throughtout the
United States who are similarly situated.

                                                    Plaintiff-Appellee,

versus

SCRIPSOLUTIONS,

                                        Defendant-Appellant.

_____

On Appeal from the United States District Court for the
Middle District of Alabama

_____

BEFORE: ANDERSON, BIRCH and WILSON, Circuit Judges.

BY THE COURT:

Appellant asks this Court to review the District Court's determination that

Appellee's Amended and Restated Complaint related back to the filing of the

original Complaint on February 14, 2005, and thus, that the Class Action Fairness

Act ("CAFA"), 28 U.S.C. § 1453(c), did not apply since that Act did not become

effective until February 18, 2005 and is not retroactive. See Pub. Law 109-2, § 9,

119 Stat. 4 (2005). Based in part on that determination, the District Court granted

Appellee's motion for remand back to state court.

28 U.S.C. § 1447(d) bars this Court's review of the District Court's Order

unless the CAFA applies. See 28 U.S.C. § 1453(c)(1)("Section 1447 shall apply

to any removal of a case under this section, except that notwithstanding section

1447(d), a court of appeals may accept an appeal from an order of a district court

granting or denying a motion to remand a class action to the State court from

which it was removed . . .")

Upon review, the Court DENIES permission to appeal as requested by

Appellant, as Appellant has not demonstrated that the District Court's findings of

fact are clearly erroneous and Appellant has presented no meritorious claim of

legal error in the District Court's application of the relation-back doctrine.

Consequently, the Court DENIES Appellant's request for review and

DISMISSES this matter. All remaining motions are DENIED AS MOOT. The

Clerk is directed to close this case.