IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| Pearson's Pharmacy, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:05cv1072-MEF |
| | ) | |
| Blue Cross & Blue Shield of Alabama, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby ORDERED that this court's order (Doc. 5) dated November 10, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE