IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., | ) |
| Plaintiff, | ) Civil Action No.: 3:05-cv-1072-WKW |
| v. | ) |
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, | ) |
| Defendant, | ) |

## REQUEST FOR ORAL ARGUMENT BY BLUE CROSS AND BLUE SHIELD OF ALABAMA

Defendant Blue Cross and Blue Shield of Alabama hereby requests oral argument on the Plaintiff's Motion to Remand and Defendant's opposition thereto.

s/ EDWARD A. "TED" HOSP
One of the Attorneys for Defendant
Blue Cross & Blue Shield of Alabama

OF COUNSEL:
James L. Priester
Edward A. "Ted" Hosp
Grace C. Robinson
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

OF COUNSEL:
Jere F. White, Jr.
William H. Brooks
Terrence W. McCarthy
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700
Fax: (205) 581-0799

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to counsel listed below via electronic filing on this 18th day of January, 2006:

     Kenneth E. Riley
     Farris, Riley & Pitt, LLP
     2025 Third Avenue North
     The Historic Massey Building, Suite 200
     Birmingham, Alabama  35203

     James M. Terrell
     McCallum, Methvin & Terrell, P.C.
     2201 Arlington Avenue South
     Birmingham, AL 35205

     s/ EDWARD A. "TED" HOSP_____
     OF COUNSEL