IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC.,     ) | |
|     ) | |
|     Plaintiff,     ) | |
| v.     ) | CASE NO.  3:05-CV-1072-WKW |
|     ) | |
| BLUE CROSS & BLUE SHIELD OF AL.,     ) | |
|     ) | |
|     Defendant.     ) | |

## **O R D E R**

Upon due consideration, the request for oral argument by Blue Cross and Blue Shield of Alabama (Doc. #14) filed on January 18, 2006, is hereby DENIED.

DONE this 26th day of January, 2006.

                                        /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE